## UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF PENNSYLVANIA

IN RE:
  MATTHEW A LEOFFERT

    Debtor(s)
Ronda J. Winnecour, Trustee
  Movant
  vs.
MATTHEW A LEOFFERT

  Respondents

Case No. 14-20674GLT

Chapter 13

Document No. __39__

FILED
3/1/19 3:17 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

### ORDER TO STOP PAYROLL DEDUCTIONS

AND NOW, this __1st__ day of __March__, 20__19__ it is hereby ORDERED, ADJUDGED, and DECREED that,

Mmodal Services Inc
Attn: Payroll Manager
5000 Meridian Blvd
2Nd Fl
Franklin, TN 37067

is hereby ordered to immediately terminate the attachment of the wages of MATTHEW A LEOFFERT, social security number XXX-XX-9521. No future payments are to be sent to Ronda J. Winnecour, Trustee on behalf of MATTHEW A LEOFFERT.

BY THE COURT:

_____
jah
UNITED STATES BANKRUPTCY JUDGE

Case Administrator to serve: Debtor, Counsel for Debtor and Trustee

United States Bankruptcy Court
Western District of Pennsylvania

In re:
Matthew A Leoffert
    Debtor

Case No. 14-20674-GLT
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0315-2    User: culy    Page 1 of 1    Date Rcvd: Mar 01, 2019
                    Form ID: pdf900    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 03, 2019.
db          +Matthew A Leoffert,   2606 School Street,   Ambridge, PA 15003-1365

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.    TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 03, 2019    Signature: /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 1, 2019 at the address(es) listed below:
          James Warmbrodt    on behalf of Creditor    Nationstar Mortgage, LLC. bkgroup@kmllawgroup.com
          Jerome B. Blank    on behalf of Creditor    PHH Mortgage Corporation pawb@fedphe.com
          Joseph P. Schalk    on behalf of Creditor    PHH Mortgage Corporation jschalk@barley.com, sromig@barley.com
          Lawrence W. Willis    on behalf of Debtor Matthew A Leoffert ecf@westernpabankruptcy.com, urfreshstrt@gmail.com
          Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
          Peter J. Ashcroft    on behalf of Creditor    Duquesne Light Company pashcroft@bernsteinlaw.com, ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com
          Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
    TOTAL: 7