Form 604

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

| | |
|---|---|
| **Matthew A Leoffert** : | Case No. 14−20674−GLT |
| *Debtor(s)* : | Chapter: 13 |
| : | |
| **RONDA J. WINNECOUR, Trustee,** : | |
| *Movant(s),* : | |
| : | |
| v. : | Related to Document No. 44 |
| **No Respondents** : | |
| *Respondent(s).* : | Hearing Date: 7/3/19 at 11:00 AM |

**ORDER SCHEDULING DATE**
**FOR RESPONSE AND HEARING ON MOTION**

*AND NOW,* this *The 29th of April, 2019*, a *Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements* (the "Motion") having been filed at Doc. No. 44 by the Chapter 13 Trustee,

It is hereby **ORDERED, ADJUDGED** and **DECREED** that:

(1) *On or before June 12, 2019*, any *Response*, including a consent to the Motion, shall be filed with the Clerk's Office at U.S. Bankruptcy Court, (5414 U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219) and served on counsel for the Moving Party.

(2) This Motion is scheduled for hearing on *July 3, 2019 at 11:00 AM* in Courtroom A, 54th Floor, U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219, at which time the parties and/or their counsel shall appear and the Court will dispose of the Motion.

(3) If, after proper service, a Respondent fails to timely file a *Response*, the Court *may* determine that no hearing is required and accordingly enter the order by default. *To determine if a default order has been entered, the Moving Party is directed to the calendar for Judge Gregory L. Taddonio posted on the Court's website at www.pawb.uscourts.gov one day prior to the hearing.* In the event a default order has been signed, the Moving Party shall **IMMEDIATELY** advise all affected parties. If a default order has not been entered, the parties are *required* to appear at the hearing.

(4) Once the Motion is approved, if either the Debtor's *Certificate of Discharge Eligibility* or *Certificate of Financial Management* is not timely filed, *the case is SUBJECT TO CLOSURE WITHOUT A DISCHARGE without further notice or hearing*.

Gregory L. Taddonio, Judge
United States Bankruptcy Court

cm: All Parties Listed on The Clerk's Mailing Matrix

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                   Case No. 14-20674-GLT
Matthew A Leoffert                                                       Chapter 13
      Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2        User: jhel            Page 1 of 2           Date Rcvd: Apr 29, 2019
                            Form ID: 604          Total Noticed: 24

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 01, 2019.
db          +Matthew A Leoffert,    2606 School Street,    Ambridge, PA 15003-1365
13900213     FedLoan Servicing,   P.O. Box 69184,    Harrisburg, PA 17106-9184
13800485    +Federal Loan Servicing/PHEAA,    PO BOX 69184,    Harrisburg, PA 17106-9184
13800487    +Kay Jewelers,    175 Grant Rd,   Akron, OH 44333
13844183    +M&T Bank,   PO Box 1508,    Buffalo,NY 14240-1508
14002064    ++NATIONSTAR MORTGAGE LLC,    PO BOX 619096,    DALLAS TX 75261-9096
             (address filed with court: Nationstar Mortgage, LLC,    PO Box 619096,   Dallas, TX 75261-9741)
13800490    +PHH Mortgage ICE Center,    2001 Bishops Gate Blvd,    Mount Laurel, NJ 08054-4604
13800492    +Sears,   PO Box 6282,    Sioux Falls, SD 57117-6282
13800495    +WFFNB/FLOORING SOLUTIONS,    CSCL DSP TM MAC N8235-04MP O BOX 14517,    Des Moines, IA 50306-3517
13831876     Wells Fargo Bank NA,    PO Box 10438,   Des Moines IA    50306-0438
13800494    +Western Sky Financial LLC,    PO Box 370,   Timber Lake, SD 57656-0370

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
13800482    +E-mail/Text: ally@ebn.phinsolutions.com Apr 30 2019 02:41:23     Ally Financial,
             PO Box 380901,    Minneapolis, MN 55438-0901
13807784     E-mail/Text: ally@ebn.phinsolutions.com Apr 30 2019 02:41:23
             Ally Financial serviced by Ally Servicing LLC,    PO Box 130424,    Roseville, MN 55113-0004
13800483    +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Apr 30 2019 02:46:16     Capital One,
             PO Box 5253,   Carol Stream, IL 60197-5253
13821173    +E-mail/Text: bncmail@w-legal.com Apr 30 2019 02:42:14     DELBERT SERVICES CORPORATION,
             C O WEINSTEIN,PINSON AND RILEY, PS,    2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
13873728    +E-mail/Text: kburkley@bernsteinlaw.com Apr 30 2019 02:42:36     Duquesne Light Company,
             c/o Bernstein-Burkley, P.C.,    707 Grant Street,   Suite 2200 Gulf Tower,
             Pittsburgh, PA 15219-1908
13800486    +E-mail/PDF: gecsedi@recoverycorp.com Apr 30 2019 02:46:56     GECRB/HH GREGG,    PO Box 965036,
             Orlando, FL 32896-5036
13800488     E-mail/Text: camanagement@mtb.com Apr 30 2019 02:41:35     M&T Bank,    P.O. Box 64679,
             Baltimore, MD 21264
13851232     E-mail/Text: bkr@cardworks.com Apr 30 2019 02:41:12     MERRICK BANK,
             Resurgent Capital Services,    PO Box 10368,   Greenville, SC 29603-0368
13800489    +E-mail/Text: bkr@cardworks.com Apr 30 2019 02:41:12     Merrick Bank,    P.O. Box 9201,
             Old Bethpage, NY 11804-9001
13862249     E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Apr 30 2019 02:47:04
             Portfolio Recovery Associates, LLC,    POB 12914,   Norfolk VA 23541
13800491    +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Apr 30 2019 03:11:28
             Porfolio Recovery Assocaites,    120 Corporate Boulevard Suite 100,    Norfolk, VA 23502-4952
13830769     E-mail/Text: bnc-quantum@quantum3group.com Apr 30 2019 02:41:45
             Quantum3 Group LLC as agent for,    MOMA Funding LLC,   PO Box 788,    Kirkland, WA 98083-0788
13800493    +E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Apr 30 2019 02:41:15
             Verizon Wireless,    PO Box 26055,   Minneapolis, MN 55426-0055
                                                                                              TOTAL: 13

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr           Duquesne Light Company
cr           PHH Mortgage Corporation
cr*         ++NATIONSTAR MORTGAGE LLC,    PO BOX 619096,    DALLAS TX 75261-9096
             (address filed with court: Nationstar Mortgage, LLC.,    PO Box 619096,
             Dallas, TX   75261-9741)
13800484    ##+Delbert Services,    7125 Pollock Dr,   Las Vegas, NV 89119-4415
13811834    ##+PHH Mortgage Corporation,    2001 Bishops Gate Boulevard,    Mount Laurel, NJ 08054-4604
                                                                                   TOTALS: 2, * 1, ## 2

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

```
District/off: 0315-2          User: jhel              Page 2 of 2              Date Rcvd: Apr 29, 2019
                              Form ID: 604            Total Noticed: 24
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 01, 2019                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 29, 2019 at the address(es) listed below:
          James  Warmbrodt    on behalf of Creditor   Nationstar Mortgage, LLC. bkgroup@kmllawgroup.com
          Jerome B. Blank    on behalf of Creditor   PHH Mortgage Corporation pawb@fedphe.com
          Joseph P. Schalk    on behalf of Creditor   PHH Mortgage Corporation jschalk@barley.com,
           sromig@barley.com
          Lawrence W. Willis    on behalf of Debtor Matthew A Leoffert ecf@westernpabankruptcy.com,
           urfreshstrt@gmail.com;willislr88866@notify.bestcase.com
          Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
          Peter J. Ashcroft    on behalf of Creditor   Duquesne Light Company pashcroft@bernsteinlaw.com,
           ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com
          Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                           TOTAL: 7
```