**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br><br>MATTHEW A LEOFFERT<br><br>Debtor(s)<br><br>Ronda J. Winnecour<br>Chapter 13 Trustee,<br>Movant<br>vs.<br>No Respondents. | Case No.:14-20674<br><br>Chapter 13<br><br>Document No.: |

**CHAPTER 13 TRUSTEE'S MOTION FOR DISCHARGE OF DEBTOR**
**AND APPROVAL OF TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Chapter 13 Trustee, respectfully represents the following:

1. The plan was confirmed in this Chapter 13 case, and the undersigned served as Trustee.

2. The Trustee has examined the terms of the confirmed Chapter 13 plan, the history of payments to creditors and the claims filed in this Chapter 13 case. The Trustee now recommends that the Court treat this Chapter 13 case as complete.

3. Attached hereto, please find the **Trustee's Report of Receipts and Disbursements** in this case.

4. After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee's office will file **UST FORM 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account** (the "Final Report").  Upon submission of the Final Report, the Trustee asks the Court to discharge her from her duties in this case and close this case.

**Wherefore**, the Trustee requests that the Court,

1. Grant the Debtor(s) a discharge pursuant to Section 1328(a) of the Bankruptcy Code,
2. Approve the Trustee's Report of Receipts and Disbursements,
3. Terminate wage attachments,
4. Revest property of the estate in the debtor(s), and
5. Enter a final decree and close this case.

April 26, 2019

/s/  Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

**TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Trustee for the above case, submits the following report pursuant to 11 USC 1302 (b) (1).

   1.  The case was filed on 02/26/2014 and confirmed on 5/9/14 . The case was subsequently         Completed After Confirmation

   2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 72,092.80 |
| Less Refunds to Debtor | 553.85 | |
| TOTAL AMOUNT OF PLAN FUND | | 71,538.95 |
| Administrative Fees | | |
|   Filing Fee | 0.00 | |
|   Notice Fee | 0.00 | |
|   Attorney Fee | 3,500.00 | |
|   Trustee Fee | 2,908.80 | |
|   Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 6,408.80 |

| Creditor Type  Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
|   NATIONSTAR MORTGAGE LLC(*) | 0.00 | 38,849.66 | 0.00 | 38,849.66 |
|     Acct: 7501 | | | | |
|   NATIONSTAR MORTGAGE LLC(*) | 6,450.12 | 6,450.12 | 0.00 | 6,450.12 |
|     Acct: 7501 | | | | |
|   QUANTUM3 GROUP LLC AGNT - MOMA F | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 6907 | | | | |
|   WELLS FARGO FINANCIAL NATIONAL BA | 850.63 | 850.63 | 0.00 | 850.63 |
|     Acct: 2898 | | | | |
|   ALLY FINANCIAL(*) | 8,261.39 | 8,261.39 | 1,010.48 | 9,271.87 |
|     Acct: 6491 | | | | |
|   M & T BANK | 7,679.02 | 7,679.02 | 905.87 | 8,584.89 |
|     Acct: 4494 | | | | |
| | | | | 64,007.17 |
| **Priority** | | | | |
|   LAWRENCE W WILLIS ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   MATTHEW A LEOFFERT | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   MATTHEW A LEOFFERT | 553.85 | 553.85 | 0.00 | 0.00 |
|     Acct: | | | | |
|   WILLIS & ASSOCIATES | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   LAWRENCE W WILLIS ESQ | 3,500.00 | 3,500.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   JENNIFER OHLER++ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
| | ***NONE*** | | | |
| **Unsecured** | | | | |
|   DUQUESNE LIGHT COMPANY* | 148.88 | 3.22 | 0.00 | 3.22 |
|     Acct: 0003 | | | | |
|   CAPITAL ONE(*) | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: XXX5125 | | | | |
|   DELBERT SERVICES CORP | 1,247.71 | 26.97 | 0.00 | 26.97 |

| Creditor Type Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| Unsecured | | | | |
| Acct: 2721 | | | | |
| US DEPARTMENT OF EDUCATION | 42,312.80 | 914.57 | 0.00 | 914.57 |
| Acct: 9521 | | | | |
| FEDERAL LOAN SERVICING | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXXXXX0... | | | | |
| FEDERAL LOAN SERVICING | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXXXXX0... | | | | |
| FEDERAL LOAN SERVICING | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXXXXX0... | | | | |
| FEDERAL LOAN SERVICING | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXXXXX0... | | | | |
| FEDERAL LOAN SERVICING | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXXXXX0... | | | | |
| FEDERAL LOAN SERVICING | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXXXXX0... | | | | |
| FEDERAL LOAN SERVICING | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXXXXX0... | | | | |
| PRA/PORTFOLIO RECOVERY ASSOC | 1,913.31 | 41.35 | 0.00 | 41.35 |
| Acct: 7387 | | | | |
| MERRICK BANK | 815.56 | 17.63 | 0.00 | 17.63 |
| Acct: 2028 | | | | |
| PRA/PORTFOLIO RECOVERY ASSOC | 682.21 | 14.75 | 0.00 | 14.75 |
| Acct: 1282 | | | | |
| PRA/PORTFOLIO RECOVERY ASSOC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXXXXX5... | | | | |
| PRA/PORTFOLIO RECOVERY ASSOC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXXXXX7... | | | | |
| PRA/PORTFOLIO RECOVERY ASSOC | 4,833.39 | 104.47 | 0.00 | 104.47 |
| Acct: 7991 | | | | |
| VERIZON WIRELESS**++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXX7300 | | | | |
| WESTERN SKY FINANCIAL LLC++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXX2721 | | | | |
| WORLD FINANCIAL NETWORK | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXXXXX1... | | | | |
| M & T BANK | 1.00 | 0.02 | 0.00 | 0.02 |
| Acct: 4494 | | | | |
| JAMES C WARMBRODT ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| | | | | 1,122.98 |

| | |
|---|---:|
| TOTAL PAID TO CREDITORS | 65,130.15 |

| TOTAL | |
|---|---:|
| CLAIMED | 0.00 |
| PRIORITY | 23,241.16 |
| SECURED | 51,954.86 |

Date: 04/26/2019

/s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:
    MATTHEW A LEOFFERT

        Debtor(s)

    Ronda J. Winnecour
        Movant
      vs.
    No Repondents.

Case No.:14-20674

Chapter 13

Document No.:

ORDER OF COURT

    AND NOW, this _____day of _____, 20____, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

    (1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

    (2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

    (3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

    (4). Property of the estate hereby revests in the debtor(s).  This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan.  All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

    (5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan.  All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

    (6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report").  Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

                                                  BY THE COURT:

                                                  U.S. BANKRUPTCY JUDGE

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                          Case No. 14-20674-GLT
Matthew A Leoffert                                                              Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2         User: jhel              Page 1 of 2             Date Rcvd: Apr 29, 2019
                             Form ID: pdf900         Total Noticed: 24

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 01, 2019.
db             +Matthew A Leoffert,    2606 School Street,    Ambridge, PA 15003-1365
13900213        FedLoan Servicing,    P.O. Box 69184,    Harrisburg, PA 17106-9184
13800485       +Federal Loan Servicing/PHEAA,    PO BOX 69184,    Harrisburg, PA 17106-9184
13800487       +Kay Jewelers,    175 Grant Rd,    Akron, OH 44333
13844183       +M&T Bank,    PO Box 1508,    Buffalo,NY 14240-1508
14002064      ++NATIONSTAR MORTGAGE LLC,    PO BOX 619096,    DALLAS TX 75261-9096
                (address filed with court: Nationstar Mortgage, LLC,     PO Box 619096,    Dallas, TX 75261-9741)
13800490       +PHH Mortgage ICE Center,    2001 Bishops Gate Blvd,    Mount Laurel, NJ 08054-4604
13800492       +Sears,    PO Box 6282,    Sioux Falls, SD 57117-6282
13800495       +WFFNB/FLOORING SOLUTIONS,    CSCL DSP TM MAC N8235-04MP O BOX 14517,    Des Moines, IA 50306-3517
13831876        Wells Fargo Bank NA,    PO Box 10438,    Des Moines IA   50306-0438
13800494       +Western Sky Financial LLC,    PO Box 370,    Timber Lake, SD 57656-0370

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
13800482       +E-mail/Text: ally@ebn.phinsolutions.com Apr 30 2019 02:41:23      Ally Financial,
                 PO Box 380901,    Minneapolis, MN 55438-0901
13807784        E-mail/Text: ally@ebn.phinsolutions.com Apr 30 2019 02:41:23
                 Ally Financial serviced by Ally Servicing LLC,    PO Box 130424,    Roseville, MN 55113-0004
13800483       +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Apr 30 2019 02:47:00      Capital One,
                 PO Box 5253,    Carol Stream, IL 60197-5253
13821173       +E-mail/Text: bncmail@w-legal.com Apr 30 2019 02:42:14      DELBERT SERVICES CORPORATION,
                 C O WEINSTEIN,PINSON AND RILEY, PS,    2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
13873728       +E-mail/Text: kburkley@bernsteinlaw.com Apr 30 2019 02:42:35      Duquesne Light Company,
                 c/o Bernstein-Burkley, P.C.,    707 Grant Street,    Suite 2200 Gulf Tower,
                 Pittsburgh, PA 15219-1908
13800486       +E-mail/PDF: gecsedi@recoverycorp.com Apr 30 2019 02:46:33      GECRB/HH GREGG,    PO Box 965036,
                 Orlando, FL 32896-5036
13800488        E-mail/Text: camanagement@mtb.com Apr 30 2019 02:41:35      M&T Bank,    P.O. Box 64679,
                 Baltimore, MD 21264
13851232        E-mail/Text: bkr@cardworks.com Apr 30 2019 02:41:12      MERRICK BANK,
                 Resurgent Capital Services,    PO Box 10368,    Greenville, SC 29603-0368
13800489       +E-mail/Text: bkr@cardworks.com Apr 30 2019 02:41:12      Merrick Bank,    P.O. Box 9201,
                 Old Bethpage, NY 11804-9001
13862249        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Apr 30 2019 03:11:12
                 Portfolio Recovery Associates, LLC,    POB 12914,    Norfolk VA 23541
13800491       +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Apr 30 2019 02:47:02
                 Porfolio Recovery Assocaites,    120 Corporate Boulevard Suite 100,    Norfolk, VA 23502-4952
13830769        E-mail/Text: bnc-quantum@quantum3group.com Apr 30 2019 02:41:44
                 Quantum3 Group LLC as agent for,    MOMA Funding LLC,    PO Box 788,    Kirkland, WA 98083-0788
13800493       +E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Apr 30 2019 02:41:15
                 Verizon Wireless,    PO Box 26055,    Minneapolis, MN 55426-0055
                                                                                               TOTAL: 13

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              Duquesne Light Company
cr              PHH Mortgage Corporation
cr*           ++NATIONSTAR MORTGAGE LLC,    PO BOX 619096,    DALLAS TX 75261-9096
                (address filed with court: Nationstar Mortgage, LLC.,     PO Box 619096,
                 Dallas, TX   75261-9741)
13800484       ##+Delbert Services,    7125 Pollock Dr,    Las Vegas, NV 89119-4415
13811834       ##+PHH Mortgage Corporation,    2001 Bishops Gate Boulevard,    Mount Laurel, NJ 08054-4604
                                                                                               TOTALS: 2, * 1, ## 2

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.   Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.   The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

```
District/off: 0315-2          User: jhel                Page 2 of 2                  Date Rcvd: Apr 29, 2019
                              Form ID: pdf900           Total Noticed: 24
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 01, 2019                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 26, 2019 at the address(es) listed below:
              James Warmbrodt    on behalf of Creditor    Nationstar Mortgage, LLC. bkgroup@kmllawgroup.com
              Jerome B. Blank    on behalf of Creditor    PHH Mortgage Corporation pawb@fedphe.com
              Joseph P. Schalk    on behalf of Creditor    PHH Mortgage Corporation jschalk@barley.com,
               sromig@barley.com
              Lawrence W. Willis    on behalf of Debtor Matthew A Leoffert ecf@westernpabankruptcy.com,
               urfreshstrt@gmail.com;willislr88866@notify.bestcase.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Peter J. Ashcroft    on behalf of Creditor    Duquesne Light Company pashcroft@bernsteinlaw.com,
               ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                             TOTAL: 7
```