| **Information to identify the case:** | | |
|---|---|---|
| Debtor 1 | **Matthew A Leoffert** | Social Security number or ITIN   **xxx–xx–9521** |
| | First Name   Middle Name   Last Name | EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN   _ _ _ _ |
| | | EIN   _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | **WESTERN DISTRICT OF PENNSYLVANIA** | |
| Case number:   **14–20674–GLT** | | |

# Order of Discharge                                                                                                          12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Matthew A Leoffert

<u>6/21/19</u>                                                                 **By the court:**   <u>Gregory L. Taddonio</u>
                                                                                                     United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

```
                                 United States Bankruptcy Court
                                 Western District of Pennsylvania
In re:                                                                  Case No. 14-20674-GLT
Matthew A Leoffert                                                      Chapter 13
      Debtor
                                      CERTIFICATE OF NOTICE
District/off: 0315-2           User: culy                   Page 1 of 2                  Date Rcvd: Jun 21, 2019
                               Form ID: 3180W               Total Noticed: 25


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 23, 2019.
db             +Matthew A Leoffert,   2606 School Street,   Ambridge, PA 15003-1365
13900213        FedLoan Servicing,   P.O. Box 69184,   Harrisburg, PA 17106-9184
13800485       +Federal Loan Servicing/PHEAA,   PO BOX 69184,   Harrisburg, PA 17106-9184
13800487        Kay Jewelers,   175 Grant Rd,   Akron, OH 44333
13844183       +M&T Bank,   PO Box 1508,   Buffalo,NY 14240-1508
14002064      ++NATIONSTAR MORTGAGE LLC,   PO BOX 619096,   DALLAS TX 75261-9096
                (address filed with court: Nationstar Mortgage, LLC,   PO Box 619096,   Dallas, TX 75261-9741)
13800490       +PHH Mortgage ICE Center,   2001 Bishops Gate Blvd,   Mount Laurel, NJ 08054-4604
13800494       +Western Sky Financial LLC,   PO Box 370,   Timber Lake, SD 57656-0370

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jun 22 2019 02:17:39     Pennsylvania Dept. of Revenue,
                 Department 280946,   P.O. Box 280946,   ATTN: BANKRUPTCY DIVISION,
                 Harrisburg, PA   17128-0946
13800482       +EDI: GMACFS.COM Jun 22 2019 06:03:00     Ally Financial,   PO Box 380901,
                 Minneapolis, MN 55438-0901
13807784        EDI: GMACFS.COM Jun 22 2019 06:03:00     Ally Financial serviced by Ally Servicing LLC,
                 PO Box 130424,   Roseville, MN 55113-0004
13800483       +EDI: CAPITALONE.COM Jun 22 2019 06:03:00     Capital One,   PO Box 5253,
                 Carol Stream, IL 60197-5253
13821173       +E-mail/Text: bncmail@w-legal.com Jun 22 2019 02:18:05     DELBERT SERVICES CORPORATION,
                 C O WEINSTEIN,PINSON AND RILEY, PS,    2001 WESTERN AVENUE, STE 400,   SEATTLE, WA 98121-3132
13873728       +E-mail/Text: kburkley@bernsteinlaw.com Jun 22 2019 02:18:26     Duquesne Light Company,
                 c/o Bernstein-Burkley, P.C.,   707 Grant Street,   Suite 2200 Gulf Tower,
                 Pittsburgh, PA 15219-1908
13800486       +EDI: RMSC.COM Jun 22 2019 06:03:00     GECRB/HH GREGG,   PO Box 965036,
                 Orlando, FL 32896-5036
13800488        E-mail/Text: camanagement@mtb.com Jun 22 2019 02:17:24     M&T Bank,   P.O. Box 64679,
                 Baltimore, MD 21264
13851232        EDI: MERRICKBANK.COM Jun 22 2019 06:03:00     MERRICK BANK,   Resurgent Capital Services,
                 PO Box 10368,   Greenville, SC 29603-0368
13800489       +EDI: MERRICKBANK.COM Jun 22 2019 06:03:00     Merrick Bank,   P.O. Box 9201,
                 Old Bethpage, NY 11804-9001
13862249        EDI: PRA.COM Jun 22 2019 06:03:00     Portfolio Recovery Associates, LLC,   POB 12914,
                 Norfolk VA 23541
13800491       +EDI: PRA.COM Jun 22 2019 06:03:00     Porfolio Recovery Assocaites,
                 120 Corporate Boulevard Suite 100,   Norfolk, VA 23502-4952
13830769        EDI: Q3G.COM Jun 22 2019 06:03:00     Quantum3 Group LLC as agent for,   MOMA Funding LLC,
                 PO Box 788,   Kirkland, WA 98083-0788
13800492       +EDI: SEARS.COM Jun 22 2019 06:03:00     Sears,   PO Box 6282,   Sioux Falls, SD 57117-6282
13800493       +EDI: VERIZONCOMB.COM Jun 22 2019 06:03:00     Verizon Wireless,   PO Box 26055,
                 Minneapolis, MN 55426-0055
13800495       +EDI: WFFC.COM Jun 22 2019 06:03:00     WFFNB/FLOORING SOLUTIONS,
                 CSCL DSP TM MAC N8235-04MP O BOX 14517,   Des Moines, IA 50306-3517
13831876        EDI: WFFC.COM Jun 22 2019 06:03:00     Wells Fargo Bank NA,   PO Box 10438,
                 Des Moines IA   50306-0438
                                                                                              TOTAL: 17

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              Duquesne Light Company
cr              NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER
cr              PHH Mortgage Corporation
cr*           ++NATIONSTAR MORTGAGE LLC,   PO BOX 619096,   DALLAS TX 75261-9096
                (address filed with court: Nationstar Mortgage, LLC.,   PO Box 619096,
                 Dallas, TX  75261-9741)
13800484      ##+Delbert Services,   7125 Pollock Dr,   Las Vegas, NV 89119-4415
13811834      ##+PHH Mortgage Corporation,   2001 Bishops Gate Boulevard,   Mount Laurel, NJ 08054-4604
                                                                                   TOTALS: 3, * 1, ## 2

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.
```

```
District/off: 0315-2           User: culy                 Page 2 of 2                    Date Rcvd: Jun 21, 2019
                               Form ID: 3180W             Total Noticed: 25
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 23, 2019                                                Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 21, 2019 at the address(es) listed below:
              James  Warmbrodt     on behalf of Creditor    Nationstar Mortgage, LLC. bkgroup@kmllawgroup.com
              James  Warmbrodt     on behalf of Creditor    NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER
               bkgroup@kmllawgroup.com
              Jerome B. Blank    on behalf of Creditor    PHH Mortgage Corporation pawb@fedphe.com
              Joseph P. Schalk    on behalf of Creditor    PHH Mortgage Corporation jschalk@barley.com,
               sromig@barley.com
              Lawrence W. Willis    on behalf of Debtor Matthew A Leoffert ecf@westernpabankruptcy.com,
               urfreshstrt@gmail.com;willislr88866@notify.bestcase.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Peter J. Ashcroft    on behalf of Creditor    Duquesne Light Company pashcroft@bernsteinlaw.com,
               ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                             TOTAL: 8
```